# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

|  |  |  |
|---|---|---|
| In re: PEARCE, STEVEN P | § | Case No. 11-82274 |
| PEARCE, TERESITA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 19, 2011. The undersigned trustee was appointed on March 22, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          6,200.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,179.00 |
| Bank service fees | 75.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 4,946.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 08/02/2012 and the deadline for filing governmental claims was 08/02/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,370.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,370.00, for a total compensation of $1,370.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_09/24/2012_____    By:/s/MEGAN G. HEEG _____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-82274 | **Trustee:** (330490)  MEGAN G. HEEG |
| **Case Name:** PEARCE, STEVEN P | **Filed (f) or Converted (c):** 03/20/12 (c) |
| PEARCE, TERESITA | **§341(a) Meeting Date:** 04/30/12 |
| **Period Ending:** 09/25/12 | **Claims Bar Date:** 08/02/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | single family residence located at 10822 Chicory  Orig. Asset Memo: Orig. Description: single family residence located at 10822 Chicory Ridge Way, Roscoe, IL | 206,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2 family rental property located at 622-624 15th  Orig. Asset Memo: Orig. Description: 2 family rental property located at 622-624 15th Ave. Rockford, IL | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2 family residence located at 1114 21st Place, R  Orig. Asset Memo: Orig. Description: 2 family residence located at 1114 21st Place, Rockford, IL | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | single family residence located at 2312 Custer A  Orig. Asset Memo: Orig. Description: single family residence located at 2312 Custer Ave. Rockford, IL | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | checking Harris Bank  Orig. Asset Memo: Orig. Description: checking Harris Bank (Note:  closed pre-convesion) | 700.00 | 0.00 | DA | 0.00 | FA |
| 6 | checking Stillman Bank  Orig. Asset Memo: Orig. Description: checking Stillman Bank (duplicate of asset #7) | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | checking Stillman Bank  Orig. Asset Memo: Orig. Description: checking Stillman Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2 beds, 1 dresser, 2 sofas, 2 loveseats, 3 tvs,  Orig. Asset Memo: Orig. Description: 2 beds, 1 dresser, 2 sofas, 2 loveseats, 3 tvs, 2 vcrs, 2 dvd players, computer, stereo, stove, refrigerator, washer, dryer, 2 tables, desk, dishwasher, entertainment center, dining room set, microwave oven, etc. with estimated retail value of $4000.00 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | dvds with estimated retail value of $80.00  Orig. Asset Memo: Orig. Description: dvds with estimated retail value of $80.00 | 20.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 11-82274
**Case Name:** PEARCE, STEVEN P
PEARCE, TERESITA
**Period Ending:** 09/25/12

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 03/20/12 (c)
**§341(a) Meeting Date:** 04/30/12
**Claims Bar Date:** 08/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | clothing with estimated retail value of $300.00<br>Orig. Asset Memo: Orig. Description: clothing with estimated retail value of $300.00 | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | jewlery with estimated retail value of $1200.00<br>Orig. Asset Memo: Orig. Description: jewlery with estimated retail value of $1200.00 | 600.00 | 0.00 | DA | 0.00 | FA |
| 12 | camera and camcorder with estimated retail value<br>Orig. Asset Memo: Orig. Description: camera and camcorder with estimated retail value<br>of $120.00 | 60.00 | 0.00 | DA | 0.00 | FA |
| 13 | Life insurance with death benefit only.<br>Orig. Asset Memo: Orig. Description: Life insurance with death benefit only. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | College savings plan<br>Orig. Asset Memo: Orig. Description: College savings plan | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | IRA<br>Orig. Asset Memo: Orig. Description: IRA | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 401(k)<br>Orig. Asset Memo: Orig. Description: 401(k) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Debtors own 100% outstanding common stock of SST<br>Orig. Asset Memo: Orig. Description: Debtors own 100% outstanding common stock of SSTVP, Inc. (now dissolved) | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2005 Jeep Liberty dealer retail value $10500.00<br>Orig. Asset Memo: Orig. Description: 2005 Jeep Liberty dealer retail value $10500.00 (duplicate of asset #20) | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2005 Chrysler Pacifica dealer retail value $1600<br>Orig. Asset Memo: Orig. Description: 2005 Chrysler Pacifica dealer retail value $16000.00 (duplicate of asset #21) | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2005 Jeep Liberty dealer retail value $9500.00<br>Orig. Asset Memo: Orig. Description: 2005 Jeep Liberty dealer retail value $9500.00 | 8,000.00 | 0.00 | | 6,200.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-82274

Case Name: PEARCE, STEVEN P
PEARCE, TERESITA

Period Ending: 09/25/12

Trustee: (330490)  MEGAN G. HEEG

Filed (f) or Converted (c): 03/20/12 (c)

§341(a) Meeting Date: 04/30/12

Claims Bar Date: 08/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | 2005 Chrysler Pacifica dealer retail value $12,0<br>   Orig. Asset Memo: Orig. Description: 2005 Chrysler<br>Pacifica dealer retail value $12,000.00 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | 18' boat, motor, trailer subject to security Int<br>   Orig. Asset Memo: Orig. Description: 18' boat, motor,<br>trailer subject to security Interest of (repossessed<br>pre-conversion)<br>Northshore bank dealer retail value $13000.00 | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | hand and power tools with estimated retail value<br>   Orig. Asset Memo: Orig. Description: hand and<br>power tools with estimated retail value of<br>$800.00 | 400.00 | 0.00 | DA | 0.00 | FA |
| 24 | lawn mower with estimated retail value of $600.0<br>   Orig. Asset Memo: Orig. Description: lawn mower<br>with estimated retail value of $600.00 | 300.00 | 0.00 | DA | 0.00 | FA |
| 25 | snow blower with estimated retail value of $100.<br>   Orig. Asset Memo: Orig. Description: snow blower<br>with estimated retail value of $100.00<br>vacation timeshare | 50.00 | 0.00 | DA | 0.00 | FA |
| 26 | Bank of America Settlement  (u)<br>   (Disclosed post-conversion) Per documents later<br>tendered by Debtors, Debtors did not qualify for<br>settlement). | 0.00 | Unknown | DA | 0.00 | FA |
| 27 | Back rents owed by tenants/former tenants  (u)<br>   (8 units, only one owed more than $2,700:  Elizabeth<br>Melegrito owes $12,000) Melegrito filed ch 7 bktcy<br>12-82136.  No asset report filed 7/3/12. | 0.00 | 0.00 | DA | 0.00 | FA |
| 27 | **Assets**   Totals (Excluding unknown values) | **$484,580.00** | **$0.00** | | **$6,200.00** | **$0.00** |

Major Activities Affecting Case Closing:

To do:

1. object to certain claims.

2. After claim objections resolved, file FR.

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-82274

Case Name:    PEARCE, STEVEN P

PEARCE, TERESITA

Period Ending: 09/25/12

Trustee:        (330490)    MEGAN G. HEEG

Filed (f) or Converted (c): 03/20/12 (c)

§341(a) Meeting Date:    04/30/12

Claims Bar Date:    08/02/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    September 24, 2012    Current Projected Date Of Final Report (TFR):    September 24, 2012  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-82274 |
| Case Name: | PEARCE, STEVEN P |
| | PEARCE, TERESITA |
| Taxpayer ID #: | **-***3335 |
| Period Ending: | 09/24/12 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****00-66 - Checking Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/21/12 | {20} | Action Auctioneering | Liquidation of 2005 Jeep Liberty | 1129-000 | 6,200.00 | | 6,200.00 |
| 06/25/12 | 101 | Action Aucteering | auctioneer fees Voided on 06/25/12 | 3610-000 | | 1,179.00 | 5,021.00 |
| 06/25/12 | 101 | Action Aucteering | auctioneer fees Voided: check issued on 06/25/12 | 3610-000 | | -1,179.00 | 6,200.00 |
| 06/25/12 | 102 | Action Auctioneering | auctioneer expenses | 3610-000 | | 1,179.00 | 5,021.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,996.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,971.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,946.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 6,200.00 | 1,254.00 | $4,946.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 6,200.00 | 1,254.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,200.00 | $1,254.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-*****00-66 | 6,200.00 | 1,254.00 | 4,946.00 |
| | $6,200.00 | $1,254.00 | $4,946.00 |

Printed: 09/24/12 02:57 PM

## Claims Proposed Distribution

### Case:  11-82274   PEARCE, STEVEN P

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,946.00 | Total Proposed Payment: | $4,946.00 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger & Lee | Admin Ch. 7 | 17.00 | 17.00 | 0.00 | 17.00 | 17.00 | 4,929.00 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger & Lee | Admin Ch. 7 | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 3,929.00 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 1,370.00 | 1,370.00 | 0.00 | 1,370.00 | 1,370.00 | 2,559.00 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| 2 | Department Stores National Bank/Macy's | Unsecured | 338.76 | 338.76 | 0.00 | 338.76 | 19.07 | 2,539.93 |
| 4 | National Capital Management, LLC. | Unsecured | 1,815.76 | 1,815.76 | 0.00 | 1,815.76 | 102.22 | 2,437.71 |
| 5 | American InfoSource LP as agent for | Unsecured | 2,365.20 | 2,365.20 | 0.00 | 2,365.20 | 133.15 | 2,304.56 |
| 7 | PNC BANK | Unsecured | 7,656.11 | 7,656.11 | 0.00 | 7,656.11 | 431.00 | 1,873.56 |
| 8 | FIA Card Services, NA as successor | Unsecured | 25,985.65 | 25,985.65 | 0.00 | 25,985.65 | 1,462.86 | 410.70 |
| 10 | Mutual Management Services | Unsecured | 2,042.73 | 2,042.73 | 0.00 | 2,042.73 | 114.99 | 295.71 |
| 11 | National American Corp | Unsecured | 661.03 | 661.03 | 0.00 | 661.03 | 37.21 | 258.50 |
| 12 | Portfolio Recovery Associates, LLC | Unsecured | 436.98 | 436.98 | 0.00 | 436.98 | 24.60 | 233.90 |
| 13 | Portfolio Recovery Associates, LLC | Unsecured | 591.91 | 591.91 | 0.00 | 591.91 | 33.32 | 200.58 |
| 14 | ADT Security Services Inc. | Unsecured | 1,622.63 | 1,622.63 | 0.00 | 1,622.63 | 91.35 | 109.23 |
| 15 | ADT Security Services Inc. | Unsecured | 111.93 | 111.93 | 0.00 | 111.93 | 6.30 | 102.93 |
| 16 | Portfolio Recovery Associates, LLC | Unsecured | 1,112.00 | 1,112.00 | 0.00 | 1,112.00 | 62.60 | 40.33 |
| 18 | Nicor Gas | Unsecured | 347.61 | 347.61 | 0.00 | 347.61 | 19.57 | 20.76 |
| 20 | Capital One, N.A. | Unsecured | 368.70 | 368.70 | 0.00 | 368.70 | 20.76 | 0.00 |

# Claims Proposed Distribution

## Case: 11-82274   PEARCE, STEVEN P

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,946.00 | Total Proposed Payment: | $4,946.00 | | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 11-82274 : | | $47,844.00 | $47,844.00 | $0.00 | $47,844.00 | $4,946.00 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,387.00 | $2,387.00 | $0.00 | $2,387.00 | 100.000000% |
| Total Unsecured Claims : | $45,457.00 | $45,457.00 | $0.00 | $2,559.00 | 5.629496% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-82274
Case Name: PEARCE, STEVEN P
Trustee Name: MEGAN G. HEEG

**Balance on hand:**                              $        4,946.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | PNC BANK | 44,344.84 | 0.00 | 0.00 | 0.00 |
| 3 | Northshore Bank | 2,000.00 | 0.00 | 0.00 | 0.00 |
| 6 | BAC Home Loans Servicing, L.P. | 121,293.87 | 0.00 | 0.00 | 0.00 |
| 17 | Northshore Bank | 5,278.56 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $        0.00
Remaining balance:   $        4,946.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,370.00 | 0.00 | 1,370.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 17.00 | 0.00 | 17.00 |

Total to be paid for chapter 7 administration expenses:   $        2,387.00
Remaining balance:   $        2,559.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $        2,559.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | | 0.00 |
| Remaining balance: | $ | | 2,559.00 |

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 45,457.00 have been allowed and
will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department Stores National Bank/Macy's | 338.76 | 0.00 | 19.07 |
| 4 | National Capital Management, LLC. | 1,815.76 | 0.00 | 102.22 |
| 5 | American InfoSource LP as agent for | 2,365.20 | 0.00 | 133.15 |
| 7 | PNC BANK | 7,656.11 | 0.00 | 431.00 |
| 8 | FIA Card Services, NA as successor | 25,985.65 | 0.00 | 1,462.86 |
| 9 | Capital One, N.A. | 0.00 | 0.00 | 0.00 |
| 10 | Mutual Management Services | 2,042.73 | 0.00 | 114.99 |
| 11 | National American Corp | 661.03 | 0.00 | 37.21 |
| 12 | Portfolio Recovery Associates, LLC | 436.98 | 0.00 | 24.60 |
| 13 | Portfolio Recovery Associates, LLC | 591.91 | 0.00 | 33.32 |
| 14 | ADT Security Services Inc. | 1,622.63 | 0.00 | 91.35 |
| 15 | ADT Security Services Inc. | 111.93 | 0.00 | 6.30 |
| 16 | Portfolio Recovery Associates, LLC | 1,112.00 | 0.00 | 62.60 |
| 18 | Nicor Gas | 347.61 | 0.00 | 19.57 |
| 19 | FIA CARD SERVICES, N.A. | 0.00 | 0.00 | 0.00 |
| 20 | Capital One, N.A. | 368.70 | 0.00 | 20.76 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | | 2,559.00 |
| Remaining balance: | $ | | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**