UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: PEARCE, STEVEN P § | Case No. 11-82274 |
| PEARCE, TERESITA § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/05/2012 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 09/24/2012     By: /s/MEGAN G. HEEG
                           Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: PEARCE, STEVEN P <br> PEARCE, TERESITA <br><br> Debtor(s) | § Case No. 11-82274 <br> § <br> § <br> § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,200.00 |
| *and approved disbursements of* | $ 1,254.00 |
| *leaving a balance on hand of* [1] | $ 4,946.00 |
| **Balance on hand:** | $ 4,946.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | PNC BANK | 44,344.84 | 0.00 | 0.00 | 0.00 |
| 3 | Northshore Bank | 2,000.00 | 0.00 | 0.00 | 0.00 |
| 6 | BAC Home Loans Servicing, L.P. | 121,293.87 | 0.00 | 0.00 | 0.00 |
| 17 | Northshore Bank | 5,278.56 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,946.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,370.00 | 0.00 | 1,370.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 17.00 | 0.00 | 17.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,387.00 |
| Remaining balance: | $ 2,559.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,559.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,559.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,457.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department Stores National Bank/Macy's | 338.76 | 0.00 | 19.07 |
| 4 | National Capital Management, LLC. | 1,815.76 | 0.00 | 102.22 |
| 5 | American InfoSource LP as agent for | 2,365.20 | 0.00 | 133.15 |
| 7 | PNC BANK | 7,656.11 | 0.00 | 431.00 |
| 8 | FIA Card Services, NA as successor | 25,985.65 | 0.00 | 1,462.86 |
| 9 | Capital One, N.A. | 0.00 | 0.00 | 0.00 |
| 10 | Mutual Management Services | 2,042.73 | 0.00 | 114.99 |
| 11 | National American Corp | 661.03 | 0.00 | 37.21 |
| 12 | Portfolio Recovery Associates, LLC | 436.98 | 0.00 | 24.60 |
| 13 | Portfolio Recovery Associates, LLC | 591.91 | 0.00 | 33.32 |
| 14 | ADT Security Services Inc. | 1,622.63 | 0.00 | 91.35 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 15 | ADT Security Services, Inc. | 112.93 | 0.00 | 6.30 |
| 16 | Portfolio Recovery Associates, LLC | 1,112.00 | 0.00 | 62.60 |
| 18 | Nicor Gas | 347.61 | 0.00 | 19.57 |
| 19 | FIA CARD SERVICES, N.A. | 0.00 | 0.00 | 0.00 |
| 20 | Capital One, N.A. | 368.70 | 0.00 | 20.76 |

Total to be paid for timely general unsecured claims:  $   2,559.00
Remaining balance:  $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:  $   0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
_____
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-82274-MB
Steven P Pearce                                                         Chapter 7
Teresita Pearce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez            Page 1 of 3          Date Rcvd: Sep 28, 2012
                              Form ID: pdf006          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2012.
```
db/jdb      +Steven P Pearce,    Teresita Pearce,    10822 Chicory Ridge Way,    Roscoe, IL 61073-6340
17297063    +ADT,   c/o Richart T. Avis,    P.O. Box 1008,    Arlington Heights, IL 60006-1008
17619445    +ADT Security Services Inc.,    14200 E. Exposition Avenue,    Aurora, CO 80012-2540
18656132    +Aurora Loan Services,    % Dutton & Dutton,    10325 W Lincoln Highway,    Frankfort, Il 60423-1280
17297066     BAC Home Loans Servicing,    P.O. Box 650070,    Dallas, TX 75265-0070
18656133    +BAC Home Loans Servicing LP,    2270 Lakeside Blvd  3rd Flr,    Richardson, TX 75082-4304
17405197    +BAC Home Loans Servicing, L.P.,    c/o Pierce & Associates, P.C.,    1 North Dearborn Street,
              Suite 1300,    Chicago, IL 60602-4321
17297067     Bank of America,    Customer Service,    P.O. Box 5170,    Simi Valley, CA 93062-5170
17297069     Best Buy,    P.O. Box 17298,    Baltimore, MD 21297-1298
18656135    +Best Buy/HSBC,    PO Box 5226,    Carol Stream, Il 60197-5226
19239291     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17437241    +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
18656137    +City of Rockford,    425 E State Street,    Rockford, Il 61104-1068
18656136    +City of Rockford,    Payment Center,    PO Box 1221,    Rockford, Il 61105-1221
17344058    +Department Stores National Bank/Macy's,    Bankruptcy Processing,    PO Box 8053,
              Mason, OH 45040-8053
17297071    #+Elizabeth Melegrito,    2312 Custer Ave.,    Rockford, IL 61103-4325
19010912     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17415122     FIA Card Services, NA as successor,    Bank of America NA,    MBNA America Bank,    PO Box 15102,
              Wilmington, DE  19886-5102
17435877    +First Data Global Leasing,    POB 173845,    Denver, CO 80217-3845
18656140    +First Data Global Leasing,    2240 New Market Parket SE,    Marietta, GA 30067-8771
17435878    +First Data Global Leasing,    6201 Powers Ferry Rd NW,    Atlanta, GA 30339-5401
17297072     Fred Meyer Jewelers,    P.O. Box 653054,    Dallas, TX 75265-3054
17297073     GMAC,   Attn: Customer Care,    P.O. Box 4622,    Waterloo, IA 50704-4622
17297077    +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
18656142    +Macy's Dept Stores National Bank,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
17437696     Mutual Management Services,    PO Box 4777,    Rockford, IL 61110-4777
17469443    +National American Corp,    Thousand Trails Outdoor,    World Leisure Time,    POB 640,
              Gautier, MS 39553-0640
17297078    +Northshore Bank,    15700 W. Bluemound Road,    Brookfield, WI 53005-6073
17320432    +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
17297079    +PNC Bank,    P.O. Box 5343,    MS# BR-YB58-01-8,    Cleveland, OH 44101-0343
17297080    +PNC Bank,    Attn: Card Support,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
18656145    +PNC Card Services,    PO Box 500,    Portage, MI 49081-0500
18656146    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Assoc,     PO Box 41067,    Norfolk, VA 23541)
18656147    +Rock River Water Reclamation Dis,    3501 Kishwaukee St,    Rockford, Il 61109-2053
17435876    +Roundout Valley Resort,    c/o Equity Life Style Properties,    Thousand Trails,    POB 640,
              Gautier, MS 39553-0640
18656134    +Select Portfolio Servicing,    US Bank,    % Kluever & Platt LLC,    65 E Wacker Place  Ste 2300,
              Chicago, Il 60601-7244
17297082    +Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Dept.,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
17297084    +Sprint,   GC Services Limted partnership,    P.O. Box 5220,    San Antonio, TX 78201-0220
17297083    +Sprint,   c/o GC Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1108
17297085    +Swedish American Hospital,    P.O. Box 310283,    Des Moines, IA 50331-0283
17297086    +Tammy Gulley,    1114 21st Place Unit A,    Rockford, IL 61104-7156
18656148    +Thousand Trail/Roundout Valley,    % Equity Life Style Properties,    PO Box 640,
              Gautier, MS 39553-0640
18656149    +Thousand Trails Outdoor Leisure Time,    % National American Corp,    PO Box 640,
              Gautier, MS 39553-0640
17297087    #+Tim Young,    624 15th Ave.,    Rockford, IL 61104-5107
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17378407     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2012 03:42:58
              American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
              Oklahoma City, OK   73124-8838
17297065    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 29 2012 00:52:49      Aurora Loan Servicing,
              Attn: Bankruptcy Department,    2617 College Park POB 1706,    Scottsbluff, NE 69363-1706
18656138    +E-mail/Text: legalcollections@comed.com Sep 29 2012 00:51:51      Commonwealth Edison,
              Credit Department,    2100 Swift Drive,    Oak Brook, Il 60523-1559
18656139    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2012 03:42:58      First Data Gloval Leasing,
              % American Infosource LP,    PO Box 248838,    Oklahoma City, OK 73124-8838
17355847     E-mail/Text: resurgentbknotifications@resurgent.com Sep 29 2012 00:49:04      GE Money Bank,
              c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
17297074    +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 03:46:54      JC Penney,    GE Money Bank,
              Attn: Bankruptcy Dept,    P.O. Box 103104,    Roswell, GA 30076-9104
17297075     E-mail/Text: bnckohlsnotices@becket-lee.com Sep 29 2012 00:49:42      Kohl's,    P.O. Box 3043,
              Milwaukee, WI 53201-3043
17297076    +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 03:46:52      Lowes/GE Money  Bank,
              Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0752-3           User: cshabez              Page 2 of 3                  Date Rcvd: Sep 28, 2012
                               Form ID: pdf006            Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18465150      +E-mail/Text: bknotice@ncmllc.com Sep 29 2012 00:48:55     National Capital Management, LLC.,
               8245 Tournament Drive Ste 230,   Memphis, TN 38125-1741
18656144      +E-mail/Text: bankrup@nicor.com Sep 29 2012 00:49:12     NiCor,   PO Box 0632,
               Aurora, Il 60507-0632
18656143      +E-mail/Text: bankrup@nicor.com Sep 29 2012 00:49:12     NiCor,   Attn Bankruptcy Dept,
               1844 Ferry Road,   Naperville, Il 60563-9600
18869235      +E-mail/Text: bankrup@nicor.com Sep 29 2012 00:49:13     Nicor Gas,   Po box 549,
               Aurora il 60507-0549
17297081      +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 03:46:52     Sam's Club/GE Money Bank,
               Attn: Bankruptcy Dept.,   P.O. Box 103104,   Roswell, GA 30076-9104
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18656141*     +JC Penney,   GE Money Bank,   Attn Bankruptcy Dept,   PO Box 103104,   Roswell, GA 30076-9104
17689866*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Fred Meyer,   PO Box 41067,
               Norfolk VA 23541)
17564371*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Jc Penney,   PO Box 41067,
               Norfolk VA 23541)
17564375*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Lowe's,   PO Box 41067,
               Norfolk VA 23541)
18656131*     +Tim Young,   624 15th Ave,   Rockford, Il 61104-5107
17297064     ##+Armando and Maria Manriquez,   622 15th Ave.,   Rockford, IL 61104-5107
17297068     ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
17297070     ##Best Buy/HSBC,   P.O. Box 15521,   Wilmington, DE 19850-5521
                                                                                             TOTALS: 0, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2012**                        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Sep 28, 2012
                              Form ID: pdf006            Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2012 at the address(es) listed below:

```
          Barbara J Dutton    on behalf of Creditor   Aurora Loan Services, LLC duttonlaw@aol.com,
           ecfdesk@duttonlaw.com
          Christopher M Brown    on behalf of Creditor   BAC Home Loans Servicing, L.P.
           northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
          Gary C Flanders    on behalf of Debtor Steven Pearce garyflanders@sbcglobal.net
          Megan G Heeg    on behalf of Trustee Megan Heeg heeg@egblc.com
          Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Susan J. Notarius    on behalf of Creditor   Select Portfolio Servicing, Inc.
           snotarius@Klueverplatt.com, nparikh@klueverplatt.com
                                                                                             TOTAL: 7
```