**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | |
|---|---|
| In re: PEARCE, STEVEN P § | Case No. 11-82274 |
| PEARCE, TERESITA § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $476,580.00              Assets Exempt: $36,280.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,559.00     Claims Discharged
                                               Without Payment: $47,618.00

Total Expenses of Administration: $3,641.00

---

3) Total gross receipts of $ 6,200.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $6,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $441,000.00 | $172,917.27 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,641.00 | 3,641.00 | 3,641.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,605.00 | 71,509.92 | 45,457.00 | 2,559.00 |
| **TOTAL DISBURSEMENTS** | $485,605.00 | $248,068.19 | $49,098.00 | $6,200.00 |

    4) This case was originally filed under Chapter 7 on May 19, 2011. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2013          By: /s/MEGAN G. HEEG
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Jeep Liberty dealer retail value $9500.00 | 1129-000 | 6,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK | 4110-000 | 45,000.00 | 44,344.84 | 0.00 | 0.00 |
| 3 | Northshore Bank | 4110-000 | 13,000.00 | 2,000.00 | 0.00 | 0.00 |
| 6 | BAC Home Loans Servicing, L.P. | 4110-000 | 130,000.00 | 121,293.87 | 0.00 | 0.00 |
| 17 | Northshore Bank | 4110-000 | 13,000.00 | 5,278.56 | 0.00 | 0.00 |
| NOTFILED | GMAC | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans Servicing LP c/o Pierce & Associates, PC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | II Aurora Loan Services | 4110-000 | 90,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans Servicing | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services c/o Dutton & Dutton | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Servicing/US Bank c/o | 4110-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | BAC Home Loans SErvicing LP | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Servicing, Inc. | 4110-000 | 90,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $441,000.00 | $172,917.27 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,370.00 | 1,370.00 | 1,370.00 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 17.00 | 17.00 | 17.00 |
| Action Auctioneering | 3610-000 | N/A | 1,179.00 | 1,179.00 | 1,179.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,641.00 | $3,641.00 | $3,641.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Department Stores National Bank/Macy's | 7100-000 | 370.00 | 338.76 | 338.76 | 19.07 |
| 4 | National Capital Management, LLC. | 7100-000 | N/A | 1,815.76 | 1,815.76 | 102.22 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 2,365.20 | 2,365.20 | 133.15 |
| 7 | PNC BANK | 7100-000 | 7,520.00 | 7,656.11 | 7,656.11 | 431.00 |
| 8 | FIA Card Services, NA as successor | 7100-000 | 26,000.00 | 25,985.65 | 25,985.65 | 1,462.86 |
| 9 | Capital One, N.A. | 7100-000 | 400.00 | 368.70 | 0.00 | 0.00 |
| 10 | Mutual Management Services | 7100-000 | 1,635.00 | 2,042.73 | 2,042.73 | 114.99 |
| 11 | National American Corp | 7100-000 | N/A | 661.03 | 661.03 | 37.21 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | 500.00 | 436.98 | 436.98 | 24.60 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | 600.00 | 591.91 | 591.91 | 33.32 |
| 14 | ADT Security Services Inc. | 7100-000 | 1,735.00 | 1,622.63 | 1,622.63 | 91.35 |
| 15 | ADT Security Services Inc. | 7100-000 | N/A | 111.93 | 111.93 | 6.30 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | 1,125.00 | 1,112.00 | 1,112.00 | 62.60 |
| 18 | Nicor Gas | 7100-000 | N/A | 347.61 | 347.61 | 19.57 |
| 19 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 25,684.22 | 0.00 | 0.00 |
| 20 | Capital One, N.A. | 7100-000 | unknown | 368.70 | 368.70 | 20.76 |
| NOTFILED | Sam's Club/GE Money Bank | 7100-000 | 1,860.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint GC Services Limted partnership | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy/HSBC | 7100-000 | 2,680.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o GC Limited Partnership | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$44,605.00** | **$71,509.92** | **$45,457.00** | **$2,559.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-82274
**Case Name:** PEARCE, STEVEN P
PEARCE, TERESITA
**Period Ending:** 03/11/13

**Trustee:** (330490)   MEGAN G. HEEG
**Filed (f) or Converted (c):** 03/20/12 (c)
**§341(a) Meeting Date:** 04/30/12
**Claims Bar Date:** 08/02/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | single family residence located at 10822 Chicory<br>  Orig. Asset Memo: Orig. Description: single family residence located at 10822 Chicory<br>Ridge Way, Roscoe, IL | 206,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2 family rental property located at 622-624 15th<br>  Orig. Asset Memo: Orig. Description: 2 family rental property located at 622-624 15th Ave.<br>Rockford, IL | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2 family residence located at 1114 21st Place, R<br>  Orig. Asset Memo: Orig. Description: 2 family residence located at 1114 21st Place,<br>Rockford, IL | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | single family residence located at 2312 Custer A<br>  Orig. Asset Memo: Orig. Description: single family residence located at 2312 Custer Ave.<br>Rockford, IL | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | checking Harris Bank<br>  Orig. Asset Memo: Orig. Description: checking Harris Bank (Note: closed pre-convesion) | 700.00 | 0.00 | DA | 0.00 | FA |
| 6 | checking Stillman Bank<br>  Orig. Asset Memo: Orig. Description: checking Stillman Bank (duplicate of asset #7) | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | checking Stillman Bank<br>  Orig. Asset Memo: Orig. Description: checking Stillman Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2 beds, 1 dresser, 2 sofas, 2 loveseats, 3 tvs,<br>  Orig. Asset Memo: Orig. Description: 2 beds, 1 dresser, 2 sofas, 2 loveseats, 3 tvs, 2 vcrs, 2 dvd players, computer, stereo, stove, refrigerator, washer, dryer, 2 tables, desk, dishwasher, entertainment center, dining room set, microwave oven, etc. with estimated retail value of $4000.00 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | dvds with estimated retail value of $80.00<br>  Orig. Asset Memo: Orig. Description: dvds with estimated retail value of $80.00 | 20.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82274  
**Case Name:** PEARCE, STEVEN P  
PEARCE, TERESITA  
**Period Ending:** 03/11/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/20/12 (c)  
**§341(a) Meeting Date:** 04/30/12  
**Claims Bar Date:** 08/02/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 10 | clothing with estimated retail value of $300.00 <br> Orig. Asset Memo: Orig. Description: clothing with estimated retail value of $300.00 | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | jewlery with estimated retail value of $1200.00 <br> Orig. Asset Memo: Orig. Description: jewlery with estimated retail value of $1200.00 | 600.00 | 0.00 | DA | 0.00 | FA |
| 12 | camera and camcorder with estimated retail value <br> Orig. Asset Memo: Orig. Description: camera and camcorder with estimated retail value of $120.00 | 60.00 | 0.00 | DA | 0.00 | FA |
| 13 | Life insurance with death benefit only. <br> Orig. Asset Memo: Orig. Description: Life insurance with death benefit only. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | College savings plan <br> Orig. Asset Memo: Orig. Description: College savings plan | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | IRA <br> Orig. Asset Memo: Orig. Description: IRA | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 401(k) <br> Orig. Asset Memo: Orig. Description: 401(k) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Debtors own 100% outstanding common stock of SST <br> Orig. Asset Memo: Orig. Description: Debtors own 100% outstanding common stock of SSTVP, Inc. (now dissolved) | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2005 Jeep Liberty dealer retail value $10500.00 <br> Orig. Asset Memo: Orig. Description: 2005 Jeep Liberty dealer retail value $10500.00 (duplicate of asset #20) | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2005 Chrysler Pacifica dealer retail value $1600 <br> Orig. Asset Memo: Orig. Description: 2005 Chrysler Pacifica dealer retail value $16000.00 (duplicate of asset #21) | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2005 Jeep Liberty dealer retail value $9500.00 <br> Orig. Asset Memo: Orig. Description: 2005 Jeep | 8,000.00 | 0.00 | | 6,200.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82274
**Case Name:** PEARCE, STEVEN P
            PEARCE, TERESITA
**Period Ending:** 03/11/13

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 03/20/12 (c)
**§341(a) Meeting Date:** 04/30/12
**Claims Bar Date:** 08/02/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
|     Liberty dealer retail value $9500.00 | | | | | |
| 21  2005 Chrysler Pacifica dealer retail value $12,0<br>    Orig. Asset Memo: Orig. Description: 2005 Chrysler<br>    Pacifica dealer retail value $12,000.00 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 22  18' boat, motor, trailer subject to security Int<br>    Orig. Asset Memo: Orig. Description: 18' boat, motor,<br>    trailer subject to security Interest of (repossessed<br>    pre-conversion)<br>    Northshore bank dealer retail value $13000.00 | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 23  hand and power tools with estimated retail value<br>    Orig. Asset Memo: Orig. Description: hand and<br>    power tools with estimated retail value of<br>    $800.00 | 400.00 | 0.00 | DA | 0.00 | FA |
| 24  lawn mower with estimated retail value of $600.0<br>    Orig. Asset Memo: Orig. Description: lawn mower<br>    with estimated retail value of $600.00 | 300.00 | 0.00 | DA | 0.00 | FA |
| 25  snow blower with estimated retail value of $100.<br>    Orig. Asset Memo: Orig. Description: snow blower<br>    with estimated retail value of $100.00<br>    vacation timeshare | 50.00 | 0.00 | DA | 0.00 | FA |
| 26  Bank of America Settlement  (u)<br>    (Disclosed post-conversion) Per documents later<br>    tendered by Debtors, Debtors did not qualify for<br>    settlement). | 0.00 | Unknown | DA | 0.00 | FA |
| 27  Back rents owed by tenants/former tenants  (u)<br>    (8 units, only one owed more than $2,700:  Elizabeth<br>    Melegrito owes $12,000) Melegrito filed ch 7 bktcy<br>    12-82136.  No asset report filed 7/3/12. | 0.00 | 0.00 | DA | 0.00 | FA |
| 27    Assets    Totals (Excluding unknown values) | $484,580.00 | $0.00 | | $6,200.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 11-82274  
**Case Name:** PEARCE, STEVEN P  
          PEARCE, TERESITA  
**Period Ending:** 03/11/13

**Trustee:**     (330490)     MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/20/12 (c)  
**§341(a) Meeting Date:** 04/30/12  
**Claims Bar Date:** 08/02/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**     September 24, 2012      **Current Projected Date Of Final Report (TFR):**     September 24, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-82274  
**Case Name:** PEARCE, STEVEN P  
PEARCE, TERESITA  
**Taxpayer ID #:** **-***3335  
**Period Ending:** 03/11/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******00-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/12 | {20} | Action Auctioneering | Liquidation of 2005 Jeep Liberty | 1129-000 | 6,200.00 | | 6,200.00 |
| 06/25/12 | 101 | Action Aucteering | auctioneer fees<br>Voided on 06/25/12 | 3610-000 | | 1,179.00 | 5,021.00 |
| 06/25/12 | 101 | Action Aucteering | auctioneer fees<br>Voided: check issued on 06/25/12 | 3610-000 | | -1,179.00 | 6,200.00 |
| 06/25/12 | 102 | Action Auctioneering | auctioneer expenses | 3610-000 | | 1,179.00 | 5,021.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,996.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,971.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,946.00 |
| 11/20/12 | 103 | MEGAN G. HEEG | Dividend paid 100.00% on $1,370.00, Trustee Compensation; Reference: | 2100-000 | | 1,370.00 | 3,576.00 |
| 11/20/12 | 104 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,000.00 | 2,576.00 |
| 11/20/12 | 105 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $17.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 17.00 | 2,559.00 |
| 11/20/12 | 106 | Department Stores National Bank/Macy's | Dividend paid 5.62% on $338.76; Claim# 2; Filed: $338.76; Reference: 4376953044880 | 7100-000 | | 19.07 | 2,539.93 |
| 11/20/12 | 107 | National Capital Management, LLC. | Dividend paid 5.62% on $1,815.76; Claim# 4; Filed: $1,815.76; Reference: | 7100-000 | | 102.22 | 2,437.71 |
| 11/20/12 | 108 | American InfoSource LP as agent for | Dividend paid 5.62% on $2,365.20; Claim# 5; Filed: $2,365.20; Reference: | 7100-000 | | 133.15 | 2,304.56 |
| 11/20/12 | 109 | PNC BANK | Dividend paid 5.62% on $7,656.11; Claim# 7; Filed: $7,656.11; Reference: 744436037031379033 | 7100-000 | | 431.00 | 1,873.56 |
| 11/20/12 | 110 | FIA Card Services, NA as successor | Dividend paid 5.62% on $25,985.65; Claim# 8; Filed: $25,985.65; Reference: 5466-3209-4980-2423 | 7100-000 | | 1,462.86 | 410.70 |
| 11/20/12 | 111 | Mutual Management Services | Dividend paid 5.62% on $2,042.73; Claim# 10; Filed: $2,042.73; Reference: L00109553214 | 7100-000 | | 114.99 | 295.71 |
| 11/20/12 | 112 | National American Corp | Dividend paid 5.62% on $661.03; Claim# 11; Filed: $661.03; Reference: | 7100-000 | | 37.21 | 258.50 |
| 11/20/12 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 5.62% on $436.98; Claim# 12; Filed: $436.98; Reference: 33837099401 | 7100-000 | | 24.60 | 233.90 |
| 11/20/12 | 114 | Portfolio Recovery Associates, LLC | Dividend paid 5.62% on $591.91; Claim# 13; Filed: $591.91; Reference: 81924142539956 | 7100-000 | | 33.32 | 200.58 |
| 11/20/12 | 115 | ADT Security Services Inc. | Dividend paid 5.62% on $1,622.63; Claim# 14; Filed: $1,622.63; Reference: | 7100-000 | | 91.35 | 109.23 |

Subtotals :  $6,200.00    $6,090.77

{} Asset reference(s)

Printed: 03/11/2013 03:55 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-82274  
**Case Name:** PEARCE, STEVEN P  
PEARCE, TERESITA  
**Taxpayer ID #:** **-***3335  
**Period Ending:** 03/11/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******00-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/12 | 116 | ADT Security Services Inc. | Dividend paid  5.62% on $111.93; Claim# 15; Filed: $111.93; Reference: | 7100-000 | | 6.30 | 102.93 |
| 11/20/12 | 117 | Portfolio Recovery Associates, LLC | Dividend paid  5.62% on $1,112.00; Claim# 16; Filed: $1,112.00; Reference: 6035264010134474 | 7100-000 | | 62.60 | 40.33 |
| 11/20/12 | 118 | Nicor Gas | Dividend paid  5.62% on $347.61; Claim# 18; Filed: $347.61; Reference: | 7100-000 | | 19.57 | 20.76 |
| 11/20/12 | 119 | Capital One, N.A. | Dividend paid  5.62% on $368.70; Claim# 20; Filed: $368.70; Reference: | 7100-000 | | 20.76 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 6,200.00 | 6,200.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 6,200.00 | 6,200.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $6,200.00 | $6,200.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******00-66 | 6,200.00 | 6,200.00 | 0.00 |
| | $6,200.00 | $6,200.00 | $0.00 |